IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE L. BOWSER,<br><br>Defendant. | 6:24-PO-5034-KLD<br>VIOLATION 9587091 and 9587092<br>Location Code: M18<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay the $10.00 special assessment and the $30.00 processing fee, totaling $40.00, for violation number 9587091. Payment is due by December 9, 2024.

Payment should be made online at www.cvb.uscourts.gov or mailed to the following address:

> Central Violations Bureau
> P.O. Box 780549
> San Antonio, TX 78278

IT IS FURTHER ORDERED that violation number 9587092 is DISMISSED.

///

///

IT IS FURTHER ORDERED that the arrest warrant is QUASHED. DATED this 21st day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge